AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*April 12, 2023*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br><br>Melissa VELASQUEZ<br><br>YOB: 1993 Citizenship: United States<br><br>*Defendant(s)* | Case No. **M-23-0698-M** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **April 11, 2023** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 952 | Defendant did knowingly and intentionally import from the United Mexican States into the United States approximately 4.06 kilograms of methamphetamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See Attachment A

☒ Continued on the attached sheet.

Approved by AUSA Robert Guerra

/s/ Jaris Jones
*Complainant's signature*

**Jaris Jones HSI Special Agent**
*Printed name and title*

☐ Sworn to telephonically and signed electronically per Fed.R.Cr.4.1

Date: April 12, 2023  8:01 AM

*Judge's signature*

City and state: McAllen, Texas

Nadia S. Medrano United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

On April 11, 2023, at approximately 7:31 pm Melissa Velasquez (hereinafter VELASQUEZ), arrived at the Hidalgo, Texas Port of Entry (POE). The vehicle was referred into secondary inspection. Further inspection revealed a total of 8 packages weighing approximately 4.06 kilograms hidden underneath the back seat of the vehicle. The substance within the packages field-tested positive for the properties of methamphetamine. During the initial interview, VELASQUEZ stated that on the morning of April 11, 2023, she traveled to Reynosa, Mexico to visit her grandmother. VELASQUEZ stated while in Reynosa, her friend, a Mexican national, asked to use her car.

Upon further questioning, VELASQUEZ admitted to knowingly transporting the narcotics into the United States for financial gain. VELASQUEZ admitted that she was to be paid three thousand dollars to import drugs into the United States. After arriving to the United States, VELASQUEZ would then drive the vehicle to San Antonio, Texas and would turn it over to another individual to have the drugs to be extracted from the vehicle. VELASQUEZ admitted that she had planned on importing the drugs on Saturday April 15, 2023, however stated she was scared to do so. VELASQUEZ also admitted to importing drugs on previous trips from Mexico into California in 2021. However, VELASQUEZ stated that this is her first time attempting to smuggle narcotics into Texas from Reynosa, Mexico.